# Washington University in St. Louis

**Vice Chancellor for Finance & Chief Financial Officer**

February 20, 2019

The Hon. Rodney W. Sippel
Chief Judge, United States District Court for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *United States v. Barbara Skudrzyk*

Dear Judge Sippel:

I appreciate the opportunity to share some additional information about the impact on Washington University of Ms. Skudrzyk's crimes. Because my colleagues in the Department of Medicine and Division of Medical Education have already provided you with an account of the effects of her fraud on their units, this letter will focus on some of the broader institutional impacts.

Washington University consists of numerous units devoted to supporting the University's missions of teaching, research, scholarship and service. The University has many administrative offices that support the academic efforts and experience of its faculty and students. For many months, Ms. Skudrzyk's misconduct has diverted the time and attention of multiple offices away from their mission-serving efforts. The discovery, investigation and aftermath of her crimes have placed an enormous burden on, for example, the Office of Internal Audit, the Washington University Police Department, the School of Medicine Protective Services, the Office of the Vice Chancellor for Finance, the Auxiliary Enterprises office, the Insurance and Risk Management office, and the Office of the Vice Chancellor & General Counsel. Each of these units has been required to devote significant amounts of time – in some cases up to 1,000 hours – to addressing Ms. Skudrzyk's crimes, to the detriment of other mission-related needs of the University.

In addition, the reputational harm caused by Ms. Skudrzyk's actions has affected the University's relationships with potential donors. For example, a large donor-advised fund has sent a written inquiry to the University seeking information about Ms. Skudrzyk's fraud, raising the prospect of loss of donations to support the University's core mission.

Although not quantifiable, one of the most damaging impacts stems from Ms. Skudrzyk's betrayal of the trust placed in her. For those at the University who work hard to help the University be a valuable member of its many communities, our success depends on the ability to forge trusting working relationships with our colleagues and to rely on their commitment to a common mission. Ms. Skudrzyk's fraud involved the years-long deceit of numerous people who entrusted her with responsibility and friendship and relied on her good faith. Her betrayal of that trust continues to be felt by many, many members of the University.

Sincerely,

Amy B. Kweskin
Vice Chancellor for Finance & Chief Financial Officer

Washington University in St. Louis, Campus Box 1001, 700 Rosedale Avenue, St. Louis, Missouri 63112
(314) 935-9018, *Fax*: (314) 935-7371, amy.b.kweskin@wustl.edu, www.wustl.edu